UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
DENIS KHOKHLOV,                                                      :
:
Plaintiff,                                :
:                    23-CV-1501 (JMF)
-v-                                                                  :
:                         ORDER
EUROCLEAR SA/NV,                                                     :
:
Defendant.                                :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Clerk of Court is directed to issue Plaintiff's requested summons. Plaintiff shall serve the summons and complaint on Defendant within three months of the issuance of the summons. If within those three months, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to serve and/or prosecute.

      SO ORDERED.

Dated: June 2, 2023
      New York, New York
                                    JESSE M. FURMAN
                                    United States District Judge