## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DENIS KHOKHLOV,

                   Plaintiff,                   23 **CIVIL** 1501 (JGLC)(SN)

      -against-                        **<u>JUDGMENT</u>**

EUROCLEAR SA/NV,

                   Defendant.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2024, the Court adopts the Report & Recommendation in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
         September 30, 2024

                                                     **DANIEL ORTIZ**
                                                  Acting Clerk of Court

                           **BY:**

                                                    **Deputy Clerk**